Peter M. Cho, Esq. (SBN 213870)
Peter M. Cho, Inc.
6924 Purple Ridge Drive
Rancho Palos Verdes, CA 90275
310-957-2660 tel.
310-526-6844 fax
petermcho@outlook.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sami Ammari<br><br>Plaintiff(s)<br><br>v.<br><br>The City of Long Beach Public Works<br><br>Defendant(s). | CASE NUMBER:<br>2:22-cv-02441-MCS-JC<br><br>**(PROPOSED)** ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

<u>Sami Ammari</u>, **Plaintiff**,
*Name of Party*

to substitute <u>Peter M. Cho, of Peter M. Cho, Inc.</u>, who is

**Retained Counsel**

<u>6924 Purple Ridge Drive</u>
*Street Address*

<u>Rancho Palos Verdes, CA 90275</u>         <u>petermcho@outlook.com</u>
*City, State, Zip*                          *E-Mail Address*

<u>310-957-2660</u>      <u>310-526-6844</u>      <u>213870</u>
*Telephone Number*    *Fax Number*         *State Bar Number*

as attorney of record instead of   <u>Darren Richie, Marissa Hertzberg</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby GRANTED.**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated: July 27, 2022                          */s/ Mark C. Scarsi*
                                              U. S. District Judge Mark C. Scarsi