UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:22-cv-02441-MCS-JC | Date April 20, 2023 |
| Title *Ammari v. City of Long Beach Public Works Dep't* | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

Trial in this action is set to begin May 23, 2023, and the final pretrial conference is set for May 8, 2023. (Order Re: Jury Trial § I, ECF No. 23.) The parties' first set of pretrial filings was due April 17, 2023. (*Id.*) To date, no pretrial filings have been submitted. This is not the first time the parties have missed an important case deadline. (*See* OSC, ECF No. 20.) The Court previously warned that failure to comply with pretrial requirements could result in the vacation of the final pretrial conference and the imposition of sanctions. (Order Re: Jury Trial § II.)

The final pretrial conference is taken off calendar. The parties are ordered to show cause why sanctions should not be imposed for failure to comply with the pretrial filing requirements. Each party's counsel shall file a declaration by no later than May 1, 2023, explaining the reasons for noncompliance. The Court will consider the filing of a notice of settlement or a stipulation of dismissal as an appropriate response to this Order to Show Cause. If no notice of settlement or stipulation of dismissal is filed, the Court will determine whether to impose sanctions or discharge the Order to Show Cause upon review of the declarations.

IT IS SO ORDERED.